UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM VASECHKO,<br><br>                                  Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; IMPERIAL REGIONAL DETENTION FACILITY,<br><br>                                  Defendants. | Case No.: 25cv1290-LL-VET<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE** |

On May 16, 2025, Maksim Vasechko ("Plaintiff"), filed a civil rights action and a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See* ECF Nos. 1–2. The Court granted Plaintiff's IFP motion but dismissed the original complaint without prejudice for failure to state a claim. ECF No. 3. The Court granted Plaintiff leave to file an amended complaint no later than October 6, 2025. *See id.* at 6. The Court also cautioned Plaintiff that a failure to respond to the Court's dismissal order by failing to file an amended complaint would result in the Court entering a final order of dismissal of this action. *Id.* at 6–7.

## I. DISCUSSION

The time for Plaintiff to respond to the Court's Order has passed and the Court has received no communication from Plaintiff since the Court's dismissal order. "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the Court has discretion to sua spont*e* dismiss a case for lack of prosecution or failure to comply with a court order); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order).

## II. CONCLUSION AND ORDER

The Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a plausible claim and his failure to prosecute this action. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: January 8, 2026

Honorable Linda Lopez
United States District Judge